IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                                CASE NO. 15-22109-RAM
DELL GARDO                                       CHAPTER 13
      Debtor,
_____/

### OBJECTION TO CLAIMS ON SHORTENED NOTICE

**IMPORTANT NOTICE TO CREDITORS: THIS IS AN OBJECTION TO YOUR CLAIM**

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING (SEE LOCAL RULE 3015-3(A)(2))**

    This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedite hearing on this objection will be schedule on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(b)(2).

    The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtor objects to the following claim filed in this case:

    Debtor, **DELL GARDO** (hereinafter referred to as "Debtor'"), object to the arrears amount as detailed in Claim Number 16-1 filed on November 3, 2015 by Federal National Mortgage Association (hereinafter referred to as "Creditor"). The proof of claim contains an arrearage of $8,065.83. The claim states that this arrearage is based on an escrow shortage and defaulted payments. Debtor is looking into the escrow shortage, but has made all monthly payments directly to creditor, as such there are no default payments.

    Debtor, **DELL GARDO**, requests the following disposition:  Sustain this objection and reduce the amount of arrearages owed to Federal National Mortgage Association from $8,065.83 to $3671.27.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone
(888) 554-5607 Fax
bk@coronapa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing motion on Objection to Claim on Shortened Notice was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this 13th day of November 2015.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone
(888) 554-5607 Fax
bk@coronapa.com

Credit Mailing Matrix
Case No.: 15-22109-RAM

| **Office of US Trustee** | **Nancy Neidich Trustee** | **Dell Gardo** |
|---|---|---|
| 51 SW 1st Avenue, Ste 1204 | PO Box 279806 | 631 NE 60 St |
| Miami, FL 33130 | Miramar, FL 33027 | Miami, FL 33137 |

| **Federal National Mortgage Association** | **Seterus, Inc.** |
|---|---|
| c/o Robertson, Anshutz & Schneid, P.L. | PO Box 2008 |
| Attn: Bouavone Amphone, Esq. Attorney for Creditor | Grand Rapids, MI 49501-2008 |
| 6409 Congress Ave, Ste. 100 | |
| Boca Raton FL 33487 | |