

**ORDERED in the Southern District of Florida on May 16, 2016.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                    CASE NO. 15-22109-RAM

DELL I GARDO                         CHAPTER 13

Debtor,
_____/

## AGREED ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NO. 16-1 (D.E. 39) IN PART AND OVERULLING IN PART

THIS MATTER has come before the Court on the Objection [DE 39] to the Claim No. 16-1 of Federal National Mortgage Association filed by Debtor Dell Gardo.

15-039206 - JoR

PAGE 1

By submitting the proposed order in this form, the parties have agreed to the entry of this order.  For good cause shown,

It is **ORDERED:**

1. The Objection to Claim 16-1 is hereby sustained in part and overruled in part.

2. Claim 16-1 with a total secured claim amount of $65,548.42 including $8,065.83 in arrears is allowed with no distribution from Trustee; the Debtor will pay the Creditor directly and outside the plan.

3. The Creditor and/or its servicer will communicate directly with the Debtor regarding the mortgage and will submit all correspondence and/or account statements directly to the Debtor.

###

Copies Furnished to:
Ricardo Corona, Esq.
*Counsel for Debtors*
3899 NW 7 St, Second Floor
Miami, FL 33126

[Mr. Corona is directed to serve copies of this order on the parties listed and file a certificate of service.]